UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09858
    MICHAEL A SHURHAY
    LINDA J SHURHAY                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6814    SSN XXX-XX-4498

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/15/06 and confirmed on 11/17/06.

    2.  The case was dismissed after confirmation, 03/28/2008.

    3.  The Debtor paid a total of $  9957.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BAYVIEW LOAN SRV LLC | CURRENT MORTG | .00 | .00 | .00 |
| BAYVIEW LOAN SRV LLC | MORTGAGE ARRE | 1394.45 | .00 | 1394.45 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED | 7850.00 | 479.85 | 6392.86 |
| B LINE LLC | UNSECURED | 802.17 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | 153.50 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7638.89 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 17.29 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 389.25 | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9244.45 | .00 | 9001.10 | .00 | 18245.55 |
| PRINCIPAL PAID | 7787.31 | .00 | .00 | .00 | 7787.31 |
| INTEREST PAID | 479.85 | .00 | .00 | .00 | 479.85 |
| TOTAL PAID | 8267.16 | .00 | .00 | .00 | 8267.16 |

The Debtor's attorney, STEVEN H MEVORAH & ASSOC      , was allowed $  2500.00
and was paid $  1250.00  direct and $  1250.00  through the plan.

The Trustee received $   439.84 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE